UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14044-CR-ROSENBERG/MAYNARD

18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA

v.

JAMES EDWARD HARRIS,

Defendant.
_____/

FILED BY ___ D.C.

AUG 29 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

On or about December 31, 2018, in St. Lucie County, in the Southern District of Florida, the defendant,

**JAMES EDWARD HARRIS,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.

JAMES EDWARD HARRIS,
          **Defendant.**

## CERTIFICATE OF TRIAL ATTORNEY*

_____ /    **Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    ___ WPB   X   FTP

New Defendant(s)    Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect ___

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    X
   II    6 to 10 days
   III    11 to 20 days
   IV    21 to 60 days
   V    61 days and over

   (Check only one)
   Petty
   Minor
   Misdem.
   Felony    X

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: ___   Case No. ___
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes:
   Magistrate Case No. ___
   Related Miscellaneous numbers: ___
   Defendant(s) in federal custody as of ___
   Defendant(s) in state custody as of   12/31/2018
   Rule 20 from the District of ___
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No X

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___   No X

                                             _/s/ Marton Gyires_
                                             MARTON GYIRES
                                             ASISTANT UNITED STATES ATTORNEY
                                             FL Bar/Court I.D. No. A5501696

*Penalty Sheet(s) attached                                                REV 5/3/17

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO.

**Defendant's Name:** JAMES EDWARD HARRIS

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of a firearm and ammunition by a convicted felon | 18: 922(g)(1) | 10 Years' Imprisonment<br>$250,000 Fine<br>SR: 3 Years<br>$100 Special Assessment |
|  |  |  |  |